FOR THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO

MATTHEW WIGGINS

    Plaintiff,

v.                                            CIV No. 11-967 KG/SCY

DEANNA HOISINGTON *et al.,*

    Defendants.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

    This matter comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Dispositions ("PFRD") regarding Plaintiff's claims under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. 2000cc *et seq.* ("RLUIPA"). The Magistrate Judge found that with the exception of Plaintiff's claims for declaratory and injunctive relief against Defendant Jerry Roark, Plaintiff's RLUIPA cause of action should be dismissed. *Doc. 57* at 4.

    While Plaintiff filed a document styled as Objections to the Magistrate Judge's PFRD with regard to RLUIPA, (*see doc. 60*) his Objections address the Magistrate Judge's PFRD regarding Plaintiff's Motion for Certification and Intervention Rule 5.1 (*doc. 59*). Defendants did not object to the Magistrate Judge's findings on Plaintiff's RLUIPA claims.

    Upon a review of the record, I concur with the Magistrate Judge's findings and recommendations. Therefore, I ADOPT the Magistrate Judge's PFRD (*doc. 57*) and dismiss Plaintiff's RLUIPA claims, aside from those for declarative and injunctive relief against Defendant Roark, without prejudice.

_____
UNITED STATES DISTRICT JUDGE