FOR THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO

MATTHEW WIGGINS,

    Plaintiff,

v.                                                Civ. No. 11-967 KG/KK

DEANNA HOISINGTON *et al.*,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on United States Magistrate Judge Kirtan Khalsa's Proposed Findings and Recommended Disposition (Doc. 107), filed May 18, 2015. In the Proposed Findings and Recommended Disposition, Magistrate Judge Khalsa recommended denial of Plaintiff's Motion for Preliminary Injunction (Doc. 94), filed December 3, 2014. The parties have filed no objections to the Proposed Findings and Recommended Disposition. Failure to timely object to a magistrate judge's proposed findings and recommended disposition waives appellate review of both factual and legal issues. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 107) are ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. 94) is DENIED.

_____
UNITED STATES DISTRICT JUDGE