UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MATTHEW WIGGINS,

    Plaintiff,

-vs-                              Case No. 1:11-00967 KG/KK

DEANNA HOISINGTON, CALVIN ROBINSON, JERRY ROARK
AND UNKNOWN PERSONS,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on Plaintiff Matthew Wiggins and Defendants Deanna Hoisington, Calvin Robinson, and Jerry Roark's Stipulation of Dismissal, these Defendants and Plaintiff being in agreement and this Court being otherwise fully advised in the premises, FINDS,

That Plaintiff and Defendants have equitably resolved their differences by way of compromise and that there is good cause to dismiss with prejudice all of Plaintiff's claims against Defendants.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Civil Rights Complaint against the Defendants Deanna Hoisington, Calvin Robinson, and Jerry Roark is dismissed with prejudice, and that each of the parties shall bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Case 1:11-cv-00967-KG-KK   Document 150   Filed 05/18/16   Page 2 of 2

2

Approved by:

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Carter B. Harrison IV*
    Mark T. Baker
    Carter B. Harrison IV
20 First Plaza Suite 725
Albuquerque NM  87102
*Attorneys for Plaintiff*

DOUGHTY, ALCARAZ & deGRAAUW, P.A.

By: */s/ Jeffrey M. Mitchell*
    Robert M. Doughty, III
    Jeffrey M. Mitchell
20 First Plaza NW Suite 412
Albuquerque NM  87102
(505) 242-7070
*Attorneys for Defendants*