IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MATTHEW WIGGINS,

    Plaintiff,

v.                                                                         No. CV 11-0967 KG/KK

DEANNA HOISINGTON,
CALVIN ROBINSON,
JERRY ROARK, and
UNKNOWN PERSONS,

    Defendants.

## ORDER

Pursuant to a Joint Motion to Dismiss (Doc. 149), the Court dismissed this case with prejudice on May 18, 2016 (Doc. 150). The Court did not retain jurisdiction over this matter following that dismissal. Accordingly, the Court lacks jurisdiction to consider any subsequently filed motions in this matter and denies Mr. Wiggins recently filed documents (Docs. 155, 156, and 157) without prejudice to refiling in a separate matter.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE